MAY 15 2019

Eastern District of Kentucky
FILED

MAY 15 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

United States District Court
Eastern District of Kentucky
Central Division at Lexington

Case No. 5:19-CV-168-JMH

Michael Horn
    Plaintiff / Petitioner

V.

Madison County Detention Center
    Defendants (s) Respondent

Motion For: Summary Judgement

    I want to notify the court that I was assaulted by a correctional officer Kyle Barrett with his use of excessive force. Also contact the Department of Corrections an notify them that my Grievances and Request was not getting addressed properly. Also medical do not have adequate care for medical Attention. I was going to court on December 14, 2018 thursday. I was lining up for the chain gang to walk over to the court house. There were other inmates talking in the hallway on their way back from court. Dupty Kyle Barrett, Deanna Anglin and Ashley was removing the chains from the inmates when Kyle yelled out at inmates yall shut the fuck up goddamn it. Than I told him it's not shut the fuck up it's be quite an then Kyle

said No you gone shut the fuck up goddamn it. Than I said it's be quite as I was saying that he started to walking towards me with no words and slapped his hand on my chest an start to yank me hard as he can as he was walking pass me. As he's doing that I was trying to catch my self from falling forward as Kyle was yanking on me, he felt me holding my ground he turned towards me and placed both hands on me and put my head down in his arm it hurt but I came up and began to try and hold him from assaulting me. When dupty Deanna Anglin and Kyle Barrett asked me to stop moving so I did just that when me and Kyle let eachother go he pulled out his tazer after the situation had calmed down he asked me "was I good" then still pulled the trigger on his tazer. It hit me directly in my throat and held the trigger over the time he should had on me. Now I have experienced pain and suffering, emotional distress and every time I see a guard with a tazer I get extremely terrified especially when it's Kyle Barrett. I believe I need medication to help me cope with the experience. My throat had swelled up and it hurt every time I swallowed or even take a deep breath. I request a

Summary judgement and a pyshcological evaluation because this situation was very tramitizing. Thank you for your time to read my request.

Signature: Michael Horn   Date: May 10, 2019
Name (print): Michael Horn
Address: 107 W. Irvine, Richmond Ky, 40475
Phone No: N/A
Inmate No: 195065

I Michael Horn, certify that on May 10, 2019 I sent a complete and accurate copy of this Pro Se Motion for Summary Judgement by United States mail to every other party or their attorneys listed below:

1.) Kyle Barrett, 107 W. Irvine Madison County Detention Center, Richmond Ky, 40475
2.) Deanna Anglin, 107 W. Irvine, Madison County Detention Center Richmond Ky 40475
3.) Ashley, 107 W. Irvine Madison County Detention Center, Richmond Ky. 40475
4.) Madison County Detention Center 107 W. Irvine Richmond Ky, 40475

Michael Horn   May 10, 2019