```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
                 CENTRAL DIVISION at LEXINGTON

MICHAEL C. HORN,                  )
                                  )
     Plaintiff,                   )      Civil No. 19-168-JMH
                                  )
v.                                )
                                  )
MADISON COUNTY                    )              ORDER
DETENTION CENTER, ET AL.,         )
                                  )
     Defendants.                  )
```

                     ***   ***   ***   ***

Michael C. Horn is an inmate at the Madison County Detention Center in Richmond, Kentucky.  Proceeding without a lawyer, Horn filed a civil rights complaint with this Court.  [R. 1].  Horn also filed a motion for leave to proceed *in forma pauperis* [R. 2], but he did not attach a completed certificate of inmate account form, as required by 28 U.S.C. § 1915(a)(2).  Therefore, this Court could not properly determine whether Horn should be permitted to proceed as a pauper in this case.

In light of this deficiency, the Court denied Horn's fee motion without prejudice.  The Court then directed the Clerk's Office to send Horn an Affidavit of Assets/In Forma Pauperis Application [A.O. 240 Form] and a Certificate of Inmate Account Form [E.D. Ky. 523 Form], and it ordered Horn to either pay the filing and administrative fees in this case or properly move for leave to proceed *in forma pauperis*.  [R. 5].  The Court ordered Horn to take these steps within 30 days from the entry of its

Order, and it explained that if Horn failed to do so, the Court would dismiss his case for failure to prosecute. [R. 5].

While the Court's Order and attached forms were mailed to the Madison County Detention Center, the envelope was inadvertently addressed to "Michael C. Hoaru" instead of "Michael C. Horn." Therefore, the Order and forms were returned as undeliverable. The Clerk's Office fixed the typographical error and re-mailed the Court's Order and forms to "Michael Horn" at the Madison County Detention Center. [R. 7]. Ultimately, since the Court's Order and forms were re-mailed on May 7, 2019, the Court will extend Horn's deadline to either pay the filing and administrative fees in this case or properly move for leave to proceed as a pauper.

Finally, Horn has now filed a "motion for summary judgment." [R. 8]. Horn's motion, however, is premature for numerous reasons, including but not limited to the fact that he has not yet fixed the fee-related deficiency in his case and this Court has not yet screened his complaint pursuant to 28 U.S.C. § 1915A. Therefore, the Court will deny Horn's motion without prejudice.

Accordingly, it is **ORDERED** that:

1. **By no later than June 7, 2019**, Horn must either pay the $400.00 in filing and administrative fees up front and in full or he must properly ask to pay the filing fee in installments over time by completing and filing *both* the A.O. 240 Form and the E.D. Ky. 523 Form.

2

2. If Horn fails to take the foregoing steps within the time allotted, the Court will dismiss his case for failure to prosecute.

3. Horn's motion for summary judgment [R. 8] is **DENIED** without prejudice because it is premature at this stage in the litigation.

This 15th day of May, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge