UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | | |
|---|---|---|
| MICHAEL C. HORN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 19-168-JMH |
| | ) | |
| v. | ) | |
| | ) | |
| MADISON COUNTY | ) | **ORDER** |
| DETENTION CENTER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Michael C. Horn is an inmate at the Madison County Detention Center in Richmond, Kentucky. Proceeding without a lawyer, Horn filed a civil rights complaint with this Court [R. 1], as well as a motion for leave to proceed *in forma pauperis* [R. 10].

The Court has reviewed Horn's fee motion and financial records and will grant his request to proceed as a pauper. This means that Horn must pay the $350.00 filing fee in installments over time and in accordance with 28 U.S.C. § 1915(b). That said, the Court will waive the $50.00 administrative fee that would otherwise apply in this case. *See* District Court Miscellaneous Fee Schedule, § 14.

Accordingly, it is **ORDERED** as follows:

1. Horn's motion for leave to proceed *in forma pauperis* [R. 10] is **GRANTED**. Payment of the $50.00 administrative fee is **WAIVED**. However, pursuant to 28 U.S.C. § 1915(b), Horn

must pay the $350.00 filing fee in the manner set forth below.

2. Payment of an initial partial filing fee is **WAIVED**.

3. The Clerk of the Court shall open an account in Horn's name for receipt of the filing fee.  The Clerk shall complete a Notice of Payment Form [E.D. Ky. 525 Form] with (a) Horn's name, (b) his inmate registration number, and (c) this case number.  The Clerk shall then send a copy of this Order and the Notice of Payment Form to the Warden of the institution in which Horn is currently confined.

4. Horn's custodian shall send the Clerk of this Court a payment each month out of Horn's inmate trust fund account. This payment should be in an amount equal to 20% of Horn's income from the preceding month.  That said, the custodian shall only send a monthly payment if the amount in Horn's account exceeds $10.00.  Ultimately, the custodian shall continue the monthly payments until Horn's entire $350.00 filing fee is paid.  *See* 28 U.S.C. § 1915(b)(2).

5. Since Horn's fee motion at R. 12 contains largely the same information as his motion at R. 10, the motion at R. 12 is **DENIED** as moot.

6. This matter now stands submitted for initial screening pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2).

This 4th day of June, 2019.

2

 **Signed By:**

_**Joseph M. Hood**_

**Senior U.S. District Judge**