```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON

MICHAEL C. HORN,                    )
                                    )
       Plaintiff,                   )    Civil No. 19-168-JMH-HAI
                                    )
v.                                  )
                                    )
KYLE BARRETT,                       )         ORDER
                                    )
       Defendant.                   )
```

                                  ***   ***   ***   ***

This Court recently referred this matter to a United States Magistrate Judge to conduct all further proceedings, including the initiation of discovery. [R. 21]. Shortly thereafter, the Magistrate Judge entered a scheduling order establishing deadlines for the parties to complete all pretrial discovery and file any dispositive motions. [R. 23].

That said, the Court's Orders at R. 21 and R. 23 have now been returned as undeliverable. [Rs. 24, 25]. That is because Horn is no longer confined at the Madison County Detention Center, and he has not kept the Clerk's Office informed of his current address, despite being specifically ordered to do so. [R. 5].

At this point, the Court will give Horn 30 days to update his address, in writing, with the Clerk of the Court. Ultimately, if Horn fails to properly update his address within the time allotted, the Court will dismiss his case without prejudice pursuant to Local Rule 5.2(e) and this Court's prior warning at R. 5.

Accordingly, it is **ORDERED** as follows:

1. Within 30 days from the entry of this Order, Horn **MUST** update his address, in writing, with the Clerk of the Court.

2. If Horn fails to properly update his address within the time allotted, the Court will dismiss his case without prejudice pursuant to Local Rule 5.2(e) and this Court's prior warning at R. 5.

This 8th day of August, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge