```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON

MICHAEL C. HORN,                    )
                                    )
     Plaintiff,                     )   Civil No. 19-168-JMH-HAI
                                    )
v.                                  )
                                    )
KYLE BARRETT,                       )        ORDER
                                    )
     Defendant.                     )
```

                                  \*\*\*

This matter is before the Court on Plaintiff Michael Horn's failure to comply with the Court's order to update his address. [*See* DE 26].

After Horn left confinement at the Madison County Detention Center, he failed to update the Court with a new address. [DE 5, 26]. Horn had thirty days from the Court's latest order to provide this information, in writing, to the Clerk of the Court. [DE 26]. If he failed to do so, this Court warned Horn that this action would be dismissed without prejudice pursuant to Local Rule 5.2(e) and the Court's prior warning at DE 5. Horn has failed to timely update his address, therefore this action should be dismissed with prejudice.

Accordingly, it is **ORDERED** as follows:

1) That Horn's complaint shall be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE;**

2) That all pending motions shall be, and the same hereby are, **DENIED AS MOOT;** and

3) That this matter shall be, and the same hereby is, **STRICKEN FROM THE ACTIVE DOCKET.**

This the 11th day of September, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge